John J. Menchaca, Trustee
835 Wilshire Blvd.,Suite 300
Los Angeles, CA 90017
Telephone: (213) 683-0349
Facsimile:   (213) 261-4425
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA , LOS ANGELES DIVISION**

| | |
|---|---|
| **In re:** | Case No. 2:19-bk-12504-BB |
| **HERZSTOCK, EDWARD J.** | Chapter 7 |
| **Debtor(s).** | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **May 14, 2019  at 11:00 AM**, located at**: Office of the United States Trustee, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017** for the reason set forth below:

**1. Provide original proof of social security number.**
**2. Provide a complete copy of the 2017 Federal and State Tax Refund.**

Please inquire by email at igaeta@menchacacpa.com if appearance is necessary.

DATED: April 19, 2019

/s/ John J. Menchaca
John J. Menchaca, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on April 19, 2019.

/s/ Imelda Gaeta
Imelda Gaeta

1